IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CDW CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-10925 |
| | ) | |
| v. | ) | Judge Franklin U. Valderrama |
| | ) | |
| MAINLINE INFORMATION SYSTEMS, INC., and DARREN GOURLEY, | ) ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DARREN GOURLEY'S 12(c) MOTION FOR
JUDGMENT ON THE PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant Darren Gourley ("Gourley"), by and through his undersigned counsel, respectfully moves this Court for judgment on the pleadings on the following grounds: (1) CDW's common law and trade secret claims (Counts I–III) fail to meet the federal pleading standards and are speculative and conclusory; (2) Count I (Civil Conspiracy) is legally barred by the intra-corporate conspiracy doctrine; (3) Count IV (Breach of the Duty of Loyalty) is preempted by the Illinois Trade Secrets Act; and (4) Count VI (Breach of Contract) is preempted by ERISA.

The grounds for this Motion are more fully set forth in the accompanying Memorandum in Support. For the reasons discussed therein, Gourley respectfully requests the Court grant his Motion for Judgement on the Pleadings on all of CDW's claims against him and for such other relief to which Gourley may show himself justly entitled, including attorneys' fees and costs.

Dated:  November 5, 2025

Respectfully submitted,

DARREN GOURLEY

By:  */s/ Daniel S. Donovan*
     One of His Attorneys

Scott R. McLaughlin (*pro hac vice*)
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
One Allen Center, Suite 2100
500 Dallas Street
Houston, TX 77002
*Scott.McLaughlin@ogletree.com*
(713) 655-0855

Justin A. Allen (*pro hac vice*)
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
*Justin.Allen@ogletree.com*
(317) 916-1300

Daniel S. Donovan (ARDC # 6349181)
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606-1731
*Daniel.Donovan@ogletree.com*
(312) 558-1220

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 5th day of November, 2025, he electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Daniel S. Donovan*
Attorney for Darren Gourley